IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      4:12CR3080
                             )
        v.                   )
                             )
JOAN A. ALBRIGHT,            )      ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss without prejudice the indictment (Filing No. 25). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to dismiss is granted; the indictment against Joan A. Albright is dismissed without prejudice.

DATED this 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court